IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| CIMON LOVESS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Case No. 1:16-cv-03566-RDB |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Plaintiff Cimon Lovess, Pro Se, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, having filed their Stipulation of Dismissal With Prejudice between Plaintiff and Defendant Experian, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Cimon Lovess against Defendant Experian are dismissed, with prejudice. Plaintiff Cimon Lovess and Defendant Experian shall each bear their own costs and attorneys' fees.

Date: July 12, 2017

_____
Judge Richard D. Bennett
United States District Judge